# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HEATHER NICASTRO**, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**STAPLES, INC.** | Case No. 1:21-CV-11949-FDS |

## NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff Heather Nicastro hereby dismisses the above-entitled action against defendant Staples, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 28, 2022

*/s/ Lane Dubreuil*
Lane Dubreuil, Esq. (BBO# 707124)
**THORNTON LAW FIRM LLP**
One Lincoln St., 13th Fl.
State Street Financial Center
Boston, MA 02111
(617) 720-1333  FAX (617) 720-2445
ldubreuil@tenlaw.com

Arun G. Ravindran (*Pro Hac Vice*)
aravindran@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile:  (305) 200-8801

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed through the ECF system on April 28, 2022 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

    */s/ Lane Dubreuil*
    Lane Dubreuil